IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. L. TAYLOR, C-05467, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> M. J. JOHNSON, Correctional Officer, ) <br> ) <br> Defendant(s). ) <br> ) | No. C 12-3424 CRB (PR) <br><br> ORDER |

Per order filed on December 19, 2014, the court granted in part plaintiff's motion to compel and ordered defendant to produce requested documents relating to exhaustion of available administrative remedies or show cause as to why he should not. Defendant has complied with the court's order and shown cause as to why plaintiff's motion to compel must be denied in all other respects.

As noted in the court's prior order, plaintiff shall file an opposition to defendant's motion for dismissal/summary judgment by no later than February 27, 2015, and defendant shall file a reply within 14 days thereafter. <u>No further extensions of time will be granted</u>.

SO ORDERED.

DATED: Jan. 13, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Taylor, D.12-3424.or3.wpd