IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **D. L. TAYLOR,**<br><br>Plaintiff,<br><br>v.<br><br>**M. J. JOHNSON, Correctional Officer,**<br><br>Defendant. | Case No. C 12-3424 CRB (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE A REPLY IN SUPPORT OF DEFENDANT'S DISPOSITIVE MOTION** |

    Defendant M. J. Johnson filed a motion to change the Court's deadline to file a reply in support of Defendant's dispositive motion, from March 13, 2015 to March 27, 2015.  The Court has read and considered Defendant's motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

    Accordingly, Defendant's motion to change time to file a reply is GRANTED.  The time for Defendant to file his reply is changed to March 27, 2015.  The motion shall be deemed submitted as of the date the reply is filed.  No hearing will be held on this motion unless the

/ / /

/ / /

1 | Court so orders at a later date.

2 | **IT IS SO ORDERED**.

5 | Dated:  March 23, 2015

*IT IS SO ORDERED*
*Judge Charles R. Breyer*