United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

D. L. TAYLOR

           Plaintiff,

G. D. LEWIS, et al,

           Defendants.

_____/

No. 3:12-CV-3424 CRB (NJV)

ORDER AND WRIT OF HABEAS
CORPUS AD TESTIFICANDUM

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of  D. L. TAYLOR, inmate no. C05467, presently in custody at Corcoran State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated:  July 8, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden,  Corcoran State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of  D. L. TAYLOR,  inmate no. C05467, in your custody in the hereinabove-mentioned institution, before the United States District Court at  Solano State Prison, at  10:30  a.m. on August 18, 2015,  in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of  D. L. TAYLOR v. G. D. LEWIS, et al., and at the

1  termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by

2  such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner,

3  and further  to produce said prisoner at all times necessary until the termination of the proceedings for

4  which his testimony is required in this Court;

5       Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for

6  the Northern District of California.

7

8  Dated:  July 8, 2015

9                                          RICHARD WIEKING
                                           CLERK, UNITED STATES DISTRICT COURT

10

11                                         By: Linn Van Meter
                                                Administrative Law Clerk

12

13

14

15  Dated:  July 8, 2015                    _____
                                           NANDOR
                                           United States

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1
2
3
4                               UNITED STATES DISTRICT COURT
5                               NORTHERN DISTRICT OF CALIFORNIA
6                                       EUREKA DIVISION
7
8     D. L. TAYLOR                               No.  3:12-CV-3424  CRB (NJV)
9              Plaintiff,
10
11          v.                                   CERTIFICATE OF SERVICE
      G. D. LEWIS, et al.,
12
               Defendants.
13    _____/
14
15          I, the undersigned, hereby certify that on July 8, 2015, I SERVED a true and correct copy of the
16    attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by
17    depositing said envelope in the U.S. Mail.
18
19    D. L. Taylor
      C05467
20    Corcoran State Prison
      3A03-101
21    P.O. Box 3461
      Corcoran, CA 93212
22
23    Litigation Coordinator
      Corcoran State Prison
24    P.O. Box 8800
      Corcoran, CA,  93212-8800
25
26
27                                              /s/  Linn Van Meter
28                                              _____
                                                Linn Van Meter
                                                Administrative Law Clerk to
                                                the Honorable Nandor J. Vadas