UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| D. L. TAYLOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M.J. JOHNSON,<br><br>　　　　Defendant. | Case No. 12-cv-03424-CRB  (NJV)<br><br>**ORDER VACATING WRIT**<br>Re: Dkt. No. 79 |

For good cause, it is ORDERD that the Writ of Habeas Corpus Ad Testificandum (Doc. 79) is hereby VACATED.

Counsel for Defendant is instructed to serve a copy of this order to:

> Litigation Coordinator
> Corcoran State Prison
> P.O. Box 8800
> Corcoran CA, 93212-8800

**IT IS SO ORDERED**.

Dated: August 11, 2015



_____
NANDOR J. VADAS
United States Magistrate Judge